IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE GUDRUN J. RICE

Civil Action No. 07-cv-02336-JLK-GJR

GARY KRAMMES,

    Plaintiff,

v.

COLORADO DIVISION OF WILDLIFE OFFICERS:
JAMES ROMERO,
MICHAEL BLANCK,
BILL DeVERGIE,
MIKE BAUMAN,
TREVOR BALZER, and
JASON TROUSDALE,

    Defendants.

---

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

---

    This matter comes before the Court on Plaintiff's Motion for leave to amend complaint.

    On October 22, 2007 the Plaintiff, in state action #06-CV-85 filed in the District Court for Moffat County, Colorado, moved for leave to amend complaint. (Doc. 1-24)

    On October 22, 2007 an amended complaint and jury demand (Doc. 1-25) was filed by the Plaintiff in the state action (06-CV-85). The amended complaint added a violation of 42 U.S.C. § 1983. The amended complaint was served on the Colorado Attorney General.

On November 6, 2007 the Defendants filed an amended Notice of Removal from the State District Court. (Doc. 1) On November 7, 2007 Notice of Removal from the Moffat County District Court Case # 06 CV 85 was entered in the U.S. District Court for the District of Colorado, 07-cv-02336-JLK-GJR.

The Defendants, on November 20, 2007, filed their Answer to Plaintiff's Amended Complaint. (Doc. 7)

The Plaintiff had moved to amend the complaint before the Defendants had filed an answer. The Plaintiff may amend the complaint once as a matter of course. [Fed.R.Civ.Pr.15(a)]

In consideration of all of the above, and being fully advised, it is hereby ORDERED that the Plaintiff's Motion for leave to amend complaint is GRANTED. The amended complaint is accepted as though filed on October 22, 2007.

DATED: January 18, 2008 at Grand Junction, Colorado.

BY THE COURT:

s/Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge