IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **07-cv-2336-JLK-GJR**

**GARY KRAMMES,**

    Plaintiff,

v.

**COLORADO DIVISION OF WILDLIFE OFFICERS:**
**JAMES ROMERO,**
**MICHAEL BLANCK,**
**BILL De VERGIE,**
**MIKE BAUMAN,**
**TREVOR BALZER**, **and**
**JASON TROUSDALE**,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE

**Kane, J.**

This matter is before the court on the Recommendation of Magistrate Judge (doc. #19), entered February 5, 2008. The recommendation is ADOPTED and made an order of this court. The Motion to Dismiss for Lack of Subject Matter Jurisdiction and the Motion to Stay (doc. #4) are DENIED AS MOOT.

Dated at Denver, Colorado this 29th day of February, 2008.

                                          BY THE COURT:

                                          *S/John L. Kane*
                                          JOHN L. KANE, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT