IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE GUDRUN J. RICE

Civil Action No. 07-cv-02336-JLK-GJR

GARY KRAMMES,

    Plaintiff,

v.

COLORADO DIVISION OF WILDLIFE OFFICERS:
JAMES ROMERO,
MICHAEL BLANCK,
BILL DeVERGIE,
MIKE BAUMAN and
TREVOR BALZER,

    Defendants.

---

ORDER RE: DEFENDANTS' MOTION TO STAY DISCOVERY (docket # 42)

---

The Defendants' Motion to Stay Discovery (docket # 42) pending this court's ruling on the Defendants' Motion to Dismiss is GRANTED.

DATED: October 07, 2008 at Grand Junction, Colorado.

BY THE COURT:

s/Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge