IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE GUDRUN J. RICE

Civil Action No. 07-cv-02336-JLK-GJR

GARY KRAMMES,

    Plaintiff,

v.

COLORADO DIVISION OF WILDLIFE OFFICERS:
JAMES ROMERO,
MICHAEL BLANCK,
BILL DeVERGIE,
MIKE BAUMAN,
TREVOR BALZER, and
JASON TROUSDALE,

    Defendants.

---

ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT
(docket # 35)

---

    On July 3, 2008 Plaintiff Gary Krammes filed a Motion for leave to amend complaint. (docket # 35)

    On July 14, 2008 Defendants filed an unopposed motion for enlargement of time to file objection to Plaintiff's Motion to Amend Complaint (docket # 37) which motion was granted by the court on July 16, 2008. (docket # 40) Defendants were granted until August 1, 2008 to file their Objection to Plaintiff's Motion to Amend.

    Defendants, as of the date of this Order, have filed no objection to the motion for leave to amend the complaint.

    Federal Rule of Civil Procedure 15(a)(2) provides that a party may amend its pleading only with the opposing party's written consent or the court's leave.

Defendants in this matter have not given written consent.

However, after considering Plaintiff's Motion for leave to amend complaint, and Defendants' failure to object, and also considering that leave to amend should be freely granted, I find that justice requires that Plaintiff's Motion for leave to amend the complaint be granted.

It is hereby ORDERED that Plaintiff's Motion for Leave to Amend the complaint be GRANTED and that the Third Amended Complaint, (docket # 35-2) attached to the Motion for leave to amend the complaint, be accepted for filing.

DATED: October 07, 2008 at Grand Junction, Colorado.

BY THE COURT:

s/Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge