IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE GUDRUN J. RICE

Civil Action No. 07-cv-02336-JLK-GJR

GARY KRAMMES,

    Plaintiff,

v.

COLORADO DIVISION OF WILDLIFE OFFICERS:
JAMES ROMERO,
MICHAEL BLANCK,
BILL DeVERGIE,
MIKE BAUMAN,
TREVOR BALZER, and
JASON TROUSDALE,

    Defendants.

---

## RECOMMENDATION OF MAGISTRATE JUDGE

---

This matter comes before the Court on Defendants' Motion to Dismiss Plaintiff's second amended complaint for lack of subject matter jurisdiction and failure to state a claim. (docket # 22)

For the reasons set forth below I recommend that this Motion to Dismiss be denied as moot.

## STATEMENT OF THE CASE

On December 3, 2007 Plaintiff filed a second amended complaint and jury demand in Moffat County District Court Case 06-CV-85. (docket #22-2) The Moffat County District Court Case has been removed to the United States District Court for the District of Colorado. (docket # 1)

On May 16, 2008 Defendants filed a Motion to Dismiss Plaintiff's second amended complaint for lack of subject matter jurisdiction and failure to state a claim. (docket # 22) The matter has been fully briefed; the Plaintiff's Response was filed on July 3, 2008 (docket # 34) and the Defendants' Reply on August 1, 2008. (docket # 44)

On July 3, 2008 Plaintiff filed a Motion for leave to amend complaint. (docket # 35) Defendants did not oppose the Motion. By Order dated October 7, 2008 (docket # 48), Plaintiff's Motion for leave to amend complaint was granted. The third amended complaint was accepted for filing in the United States District Court for the District of Colorado on October 7, 2008. (docket # 49)

On October 28, 2008 Defendants' filed a Renewal of their Motion to dismiss for lack of subject matter jurisdiction and failure to state a claim. (docket # 51) Defendants incorporated by reference the arguments set forth in their Motion to Dismiss filed on May 16, 2008 (docket # 22) and their Reply filed on August 1, 2008. (docket # 44)

On November 25, 2008 Plaintiff responded to Defendants' Renewed Motion to Dismiss (docket # 57), relying on and incorporating Plaintiff's previous response to Defendants' Motion to Dismiss filed on July 3, 2008. (docket # 34)

The matter now proceeds before the Court on Plaintiff's Third Amended Complaint filed on October 7, 2008. Defendants have renewed their motion to dismiss for lack of subject matter jurisdiction and failure to state a claim (docket #51), which renewed Motion has been fully briefed and remains pending before the Court. Accordingly, the Motion to Dismiss the second amended complaint filed by the Defendants on May 16, 2008 (docket # 22) is now moot.

I therefore recommend that the Motion to Dismiss for lack of subject matter

jurisdiction and failure to state a claim (docket # 22) filed by Defendants in the United States District Court for the District of Colorado on May 16, 2008 be DENIED as moot.

IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have 10 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed.R.Civ.P.72(b); *Thomas v. Arn*, 474 U.S. 140, 147-48 (1985) and also waives appellate review of both factual and legal questions. *In re Key Energy Resources, Inc.*, 230 F.3d 1197, 1199-1200 (10th Circuit 2000). A party's objection to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. *United States v. One Parcel of Real Property*, 73 F.3d 1057, 1060 (10th Circuit 1996).

DATED this 15th day of December, 2008.

FOR THE COURT:

s/ Gudrun J. Rice
_____
Gudrun J. Rice
U.S. Magistrate Judge