IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **07-cv-2336-JLK-GJR**

**GARY KRAMMES,**

    Plaintiff,

v.

**COLORADO DIVISION OF WILDLIFE OFFICERS:
JAMES ROMERO,
MICHAEL BLANCK,
BILL De VERGIE,
MIKE BAUMAN,
TREVOR BALZER**, and
**JASON TROUSDALE**,

    Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE**

**Kane, J.**

This matter is before the court on the Recommendation of Magistrate Judge (doc. #61), entered December 15, 2008. The recommendation is ADOPTED and made an order of this court. The State Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim (doc. #22) is DENIED AS MOOT.

Dated at Denver, Colorado this 8th day of January, 2009.

                      BY THE COURT:

                      *S/John L. Kane*
                      JOHN L. KANE, SENIOR JUDGE
                      UNITED STATES DISTRICT COURT