IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **07-cv-2336-JLK-LTM**

**GARY KRAMMES,**

    Plaintiff,

v.

**COLORADO DIVISION OF WILDLIFE OFFICERS:
JAMES ROMERO,
MICHAEL BLANCK,
BILL De VERGIE,
MIKE BAUMAN,
TREVOR BALZER**, and
**JASON TROUSDALE**,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE

**Kane, J.**

This matter is before the court on the Recommendation of Magistrate Judge (doc. #65), entered on February 6, 2009. The recommendation is ADOPTED and made an order of this court. The State Defendants' Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim (doc. #51) is denied as to the second, third and fourth claims for relief, and is granted as to the first and fifth claims for relief.

Dated: March 24, 2009.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT