IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No. 07-cv-02336-JLK-LTM

GARY KRAMMES,

    Plaintiff,
v.
COLORADO DIVISION OF WILDLIFE OFFICERS:
JAMES ROMERO,
MICHAEL BLANCK,
BILL DeVERGIE,
MIKE BAUMAN,
TREVOR BALZER, and
JASON TROUSDALE,

    Defendants.

## ORDER RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BY JAMES ROMERO, MICHAEL BLANCK, BILL DEVERGIE AND MICHAEL BAUMAN (docket # 80)

THE COURT has received and reviewed Defendants' Brief in Support of Defendant's Motion for Summary Judgment by James Romero, Michael Blanck, Bill DeVergie and Michael Bauman (docket # 80) filed March 9, 2010, Plaintiff's response thereto (docket # 88), dated April 6, 2010, and Defendants' reply (docket #89), dated April 29, 2010.

The Court finds Defendants' motion for summary judgment to be deficient in two respects. First, the motion (docket # 80) is unsigned by Defendants' attorneys in contravention of Fed.R.Civ.P. 11(a), which requires every pleading, including written motions, to be signed by at least one of the attorneys of record. Secondly, and as equally important, the motion (docket # 80) contravenes the Court's Order of December 9, 2009 (docket # 77), which rescheduled the depositive

motions deadline to be March 4, 2010. The instant motion was not filed until March 9, 2010.

**THEREFORE, IT IS ORDERED** stricken for the above and foregoing reasons.

Dated this 27th day of April, 2010.

BY THE COURT:

s/Laird T. Milburn
_____
Laird T. Milburn
U.S. Magistrate Judge