IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No. 07-cv-02336-JLK-LTM

GARY KRAMMES,

    Plaintiff,

v.

COLORADO DIVISION OF WILDLIFE OFFICERS:
JAMES ROMERO,
MICHAEL BLANCK,
BILL DeVERGIE,
MIKE BAUMAN,
TREVOR BALZER, and
JASON TROUSDALE,

    Defendants.

---

**SUPPLEMENTAL ORDER RE: DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT BY JAMES ROMERO, MICHAEL BLANCK,
BILL DEVERGIE AND MICHAEL BAUMAN (docket # 80)**

---

    THE COURT has received and reviewed Defendants' Brief in Support of Defendant's Motion for Summary Judgment by James Romero, Michael Blanck, Bill DeVergie and Michael Bauman (docket # 80) filed March 9, 2010, Plaintiff's response thereto (docket # 88), dated April 6, 2010, and Defendants' reply (docket #89), dated April 29, 2010.

    The Court finds Defendants' motion for summary judgment to be deficient. The motion (docket # 80) is unsigned by Defendants' attorneys in contravention of Fed.R.Civ.P. 11(a), which requires every pleading, including written motions, to be signed by at least one of the attorneys of record. That portion of the Court's Order (docket # 91), dated April 27, 2010, which determined Defendants' motion to have been filed untimely is hereby withdrawn in light of the Court's Order

(docket # 87), dated March 26, 2010 extending the deadline to file Defendants' Motion for Summary Judgment to April 6, 2010.

**THEREFORE, IT IS ORDERED** stricken for the above and foregoing reason.

Dated this 28th day of April, 2010.

BY THE COURT:

s/Laird T. Milburn
_____
Laird T. Milburn
U.S. Magistrate Judge