IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02336-JLK-LTM

GARY KRAMMES,

Plaintiff,

v.

COLORADO DIVISION OF WILDLIFE OFFICERS:
JAMES ROMERO,
MICHAEL BLANCK
BILL DEVERGIE
MIKE BAUMAN,
TREVOR BALZER, and
JASON TROUSDALE,

Defendants.    *Minute Order Re:*

[~~PROPOSED ORDER~~] DEFENDANTS' REQUEST FOR LEAVE TO FILE AMENDED
PARTIAL MOTION FOR SUMMARY JUDGMENT

THE COURT, having reviewed Defendants' Request for Leave to File Amended
*(Document #93), dated april 29, 2010)*
Partial Motion for Summary Judgment, and being duly advised in the premises, hereby

FINDS that good cause exists for this request and that no party will be prejudiced by

the Court granting this relief, and hereby

ORDERS that the Defendants Request for Leave to File Amended Partial Motion for

Summary Judgment is GRANTED.

Defendants shall file an Amended Partial Motion for Summary Judgment, with a

corrected case caption and attorney signature, pursuant to F.C.R.P. 11(a), within five (5) days

of the date of this Order.

Dated: May 03, 2010