IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-2336-JLK-GJR**

**GARY KRAMMES,**

    Plaintiff,

v.

**COLORADO DIVISION OF WILDLIFE OFFICERS:
JAMES ROMERO,
MICHAEL BLANCK,
BILL De VERGIE,
MIKE BAUMAN,
TREVOR BALZER**, **and
JASON TROUSDALE**,

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Joint Motion to File Jury Instructions Beyond Deadline (doc. #122), filed January 25, 2011, is GRANTED.  The Joint Jury Instructions (doc. #122-1) are accepted as timely filed.

Dated:  January 26, 2011