IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-2336-JLK-GJR**

**GARY KRAMMES,**

    Plaintiff,

v.

**STATE OF COLORADO,**

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

This matter is before the Court on Plaintiff's Motion to Dismiss with Prejudice (doc. #131), filed August 5, 2011. The motion is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated: August 5, 2011      **BY THE COURT**:

    *s/John L. Kane*
    SENIOR U.S. DISTRICT JUDGE